**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-38630-JBS |
| | § | |
| DAVID R. KOLK | § | |
| BEATRICE KOLK | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/29/2011, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/25/2011     By:  /s/ David P. Leibowitz
                               (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                §       Case No. 10-38630-JBS
                                      §
DAVID R. KOLK                         §
BEATRICE KOLK                         §
                                      §
                                      §
            Debtor(s)                 §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                                  $2,500.34
*and approved disbursements of*                                           $0.78
*leaving a balance on hand of[1]:*                                    $2,499.56

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                                    $0.00
Remaining balance:                                                    $2,499.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $625.09 | $0.00 | $625.09 |
| David P. Leibowitz, Trustee Expenses | $20.40 | $0.00 | $20.40 |

Total to be paid for chapter 7 administrative expenses:                  $645.49
Remaining balance:                                                     $1,854.07

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:                 $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   |   | Remaining balance: | $1,854.07 |
|---|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $1,854.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $31,235.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $3,026.53 | $0.00 | $179.64 |
| 2 | American Infosource Lp As Agent for Citibank | $2,559.92 | $0.00 | $151.94 |
| 3 | Capital One Bank (USA), N.A. | $976.41 | $0.00 | $57.96 |
| 4 | Capital One Bank (USA), N.A. | $1,676.90 | $0.00 | $99.54 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $22,683.78 | $0.00 | $1,346.44 |
| 6 | HSBC Bank Nevada, N.A. (Best Buy Co.,Inc.) | $312.44 | $0.00 | $18.55 |

|   | Total to be paid to timely general unsecured claims: | $1,854.07 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                             Case No. 10-38630-JBS
David R. Kolk                                                      Chapter 7
Beatrice Kolk
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina                 Page 1 of 2            Date Rcvd: Aug 26, 2011
                              Form ID: pdf006               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2011.
db/jdb      +David R. Kolk,    Beatrice Kolk,    5622 North Manor Lane,    Chicago, IL 60631-2919
aty         +Joseph P Doyle,    Law Office of Joseph P Doyle,    105 S Roselle Road,    Suite 203,
              Schaumburg, IL 60193-1631
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
16060259    +Allied National,    440 Regency Pkwy,    Suite 134,    Omaha, NE 68114-3742
17542534     American InfoSource LP as agent for Citibank N.A.,     PO Box 248840,
              Oklahoma City, OK 73124-8840
16060260    +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
16060261    +Arnold Scott Harris,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
16060262    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16060263   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
16445242     Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,     PO Box 71083,
              Charlotte, NC 28272-1083
16060265    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
16060267    +City of Belvidere,    401 Whitney Blvd,    Suite 200,    Belvidere, IL 61008-3799
16060268    +City of Chicago Dept of Revenue,    Attn: Bankruptcy Dept.,     PO Box 88292,
              Chicago, IL 60680-1292
16060269    +City of Rockford,    PO Box 1221,    Rockford, IL 61105-1221
16060270    +Codillis & Assiciates, PC,    15W030 North Frontage Rd, Suite 100,     Burr Ridge, IL 60527-6921
16060272   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     38 Fountain Square Plz,    Cincinnati, OH 45202)
16060273    +G M A C,   15303 S 94th Ave,    Orland Park, IL 60462-3825
16060274   ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
             (address filed with court: Green Tree,     PO Box 94710,    Palatine, IL 60094-4710)
16060276   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,     Po Box 15519,    Wilmington, DE 19850)
16718226    +HSBC Bank Nevada, N.A. (Best Buy Co.,Inc.),     Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite 200,    Tucson, AZ 85712-1083
16524038    +PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16060278    +Rock River Water Reclamation Distri,    PO Box 6207,    Rockford, IL 61125-1207
16060279    +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
16060280    +Schain, Burney, Ross & Citron,    222 N LaSalle St,    Suite 1910,    Chicago, IL 60601-1102
16060281     St. Anthony Medical Center,    35292 Eagle Way,    Chicago, IL 60678-1352
16060282    +State Farm Fncl Svcs F,    3 State Farm Plz,    Bloomington, IL 61791-0002
16060283    +Tate & Kirlin Associates,    Attn: Bankruptcy Dept.,     2810 Southhampton Road,
              Philadelphia, PA 19154-1207
16060284    +Terrence D Kane,    505 E Golf Rd,   Suite A,    Arlington Heights, IL 60005-4000
16060285    +Thd/Cbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
16060286    +Village of Harwood Heights,    7300 W. Wilson,    Harwood Heights, IL 60706-4708
16060287   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
              MAC X7801-014,   3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16369979     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2011 02:32:22
              American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK 73124-8840
16060264    +E-mail/Text: cms-bk@cms-collect.com Aug 27 2011 02:08:34      Capital Management Services, LP,
              726 Exchange Street,    Suite 700,   Buffalo, NY 14210-1464
16369582     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2011 02:32:49      Discover Bank,
              Dfs Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
16060271    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2011 02:32:49      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
16060275     E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2011 02:32:59      Green Tree Servicing L,
              332 Minnesota St Ste 610,    Saint Paul, MN 55101
16060277    +E-mail/Text: bankrup@nicor.com Aug 27 2011 02:07:03      Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty*        +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
16060266   ##+Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2                  Date Rcvd: Aug 26, 2011
                              Form ID: pdf006            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**                     **Signature:** _Joseph Speetjens_