UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-38630-JBS |
| | § | |
| DAVID R. KOLK | § | |
| BEATRICE KOLK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $697,198.00 | Assets Exempt: | $14,273.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,854.07 | Claims Discharged Without Payment: | $37,018.80 |
| Total Expenses of Administration: | $646.27 | | |

3) Total gross receipts of $2,500.34 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,500.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $812,428.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $646.27 | $646.27 | $646.27 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $37,960.89 | $31,235.98 | $31,235.98 | $1,854.07 |
| **Total Disbursements** | $850,388.89 | $31,882.25 | $31,882.25 | $2,500.34 |

4). This case was originally filed under chapter 7 on 08/30/2010. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2011          By:  /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1 Snow Plow attachment for Truck - 1 Salter, snowblower, shovel | 1129-000 | $2,500.00 |
| Interest Earned | 1270-000 | $0.34 |
| **TOTAL GROSS RECEIPTS** | | **$2,500.34** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc | 4110-000 | $91,503.00 | NA | $0.00 | $0.00 |
| | Citimortgage Inc | 4110-000 | $86,681.00 | NA | $0.00 | $0.00 |
| | Citimortgage Inc | 4110-000 | $66,805.00 | NA | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $72,883.00 | NA | $0.00 | $0.00 |
| | GMAC | 4110-000 | $14,655.00 | NA | $0.00 | $0.00 |
| | Green Tree Servicing L | 4110-000 | $34,950.00 | NA | $0.00 | $0.00 |
| | State Farm Fncl Svcs F | 4110-000 | $43,124.00 | NA | $0.00 | $0.00 |
| | State Farm Fncl Svcs F | 4110-000 | $12,964.00 | NA | $0.00 | $0.00 |
| | Wells Fargo Hm Mortgag | 4110-000 | $388,863.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$812,428.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $625.09 | $625.09 | $625.09 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $20.40 | $20.40 | $20.40 |
| Green Bank | 2600-000 | NA | $0.78 | $0.78 | $0.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$646.27** | **$646.27** | **$646.27** |

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $2,865.00 | $3,026.53 | $3,026.53 | $179.64 |
| 2 | American Infosource Lp As Agent for Citibank | 7100-900 | $2,525.00 | $2,559.92 | $2,559.92 | $151.94 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $923.00 | $976.41 | $976.41 | $57.96 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $1,606.00 | $1,676.90 | $1,676.90 | $99.54 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $22,093.00 | $22,683.78 | $22,683.78 | $1,346.44 |
| 6 | HSBC Bank Nevada, N.A. (Best Buy Co.,Inc.) | 7100-900 | $312.00 | $312.44 | $312.44 | $18.55 |
|  | Allied National | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Amex | 7100-000 | $150.00 | NA | NA | $0.00 |
|  | Arnold Scott Harris | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Bac Home Loans Servici | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Capital Management Services, LP | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | City of Belvidere | 7100-000 | $230.56 | NA | NA | $0.00 |
|  | City of Chicago Dept of Revenue | 7100-000 | $120.00 | NA | NA | $0.00 |
|  | City of Rockford | 7100-000 | $60.07 | NA | NA | $0.00 |
|  | City of Rockford | 7100-000 | $228.68 | NA | NA | $0.00 |
|  | City of Rockford | 7100-000 | $323.78 | NA | NA | $0.00 |
|  | City of Rockford | 7100-000 | $673.12 | NA | NA | $0.00 |
|  | Codillis & Assiciates, PC | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Green Tree | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Nicor Gas | 7100-000 | $157.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Nicor Gas | 7100-000 | $117.00 | NA | NA | $0.00 |
| Rock River Water Reclamation Distri | 7100-000 | $20.91 | NA | NA | $0.00 |
| Rock River Water Reclamation Distri | 7100-000 | $30.43 | NA | NA | $0.00 |
| Rock River Water Reclamation Distri | 7100-000 | $92.09 | NA | NA | $0.00 |
| Rock River Water Reclamation Distri | 7100-000 | $185.00 | NA | NA | $0.00 |
| Rockford Mercantile | 7100-000 | $1,200.00 | NA | NA | $0.00 |
| Schain, Burney, Ross & Citron | 7100-000 | $0.00 | NA | NA | $0.00 |
| St. Anthony Medical Center | 7100-000 | $667.66 | NA | NA | $0.00 |
| Tate & Kirlin Associates | 7100-000 | $704.59 | NA | NA | $0.00 |
| Terrence D Kane | 7100-000 | $0.00 | NA | NA | $0.00 |
| Thd/Cbsd | 7100-000 | $2,476.00 | NA | NA | $0.00 |
| Village of Harwood Heights | 7100-000 | $200.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $37,960.89 | $31,235.98 | $31,235.98 | $1,854.07 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 10-38630-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOLK, DAVID R. AND KOLK, BEATRICE | Date Filed (f) or Converted (c): | 08/30/2010 (f) |
| For the Period Ending: | 12/23/2011 | §341(a) Meeting Date: | 10/26/2010 |
|  |  | Claims Bar Date: | 01/27/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Real Estate located at 218 Adams St. Rockford, IL 61107 | $96,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Real Estate located at 219 N Rockford Ave. Rockford, IL 61107 | $98,000.00 | $11,319.00 | DA | $0.00 | FA |
| 3  Personal Residence located at 5622 N Manor Ln. Chicago, IL 60631 | $311,000.00 | $0.00 | DA | $0.00 | FA |
| 4  Real Estate located at 604 E Pleasant St. Belvidere, IL 61008 | $60,800.00 | $0.00 | DA | $0.00 | FA |
| 5  Real Estate located at 1338 Post Ave. Rockford, IL 61103 | $85,200.00 | $18,395.00 | DA | $0.00 | FA |
| 6  Checking account with First Nations Bank | $200.00 | $0.00 | DA | $0.00 | FA |
| 7  Business Checking account with First Nations Bank | $158.00 | $0.00 | DA | $0.00 | FA |
| 8  Checking account with First Nations Bank | $78.00 | $0.00 | DA | $0.00 | FA |
| 9  Real Estate Business Checking account with First Nations Bank | $182.00 | $0.00 | DA | $0.00 | FA |
| 10  Miscellaneous used household goods and furnishings | $750.00 | $0.00 | DA | $0.00 | FA |
| 11  Books, Pictures, and CD's | $70.00 | $0.00 | DA | $0.00 | FA |
| 12  Wearing Apparel | $420.00 | $0.00 | DA | $0.00 | FA |
| 13  Miscellaneous Costume Jewelry | $115.00 | $0.00 | DA | $0.00 | FA |
| 14  Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | DA | $0.00 | FA |
| 15  Term Life Insurance policy through State Farm - (No cash surrender value) | $0.00 | $0.00 | DA | $0.00 | FA |
| 16  Term Life Insurance policy through State Farm - (No cash surrender value) | $0.00 | $0.00 | DA | $0.00 | FA |
| 17  401(k) / Retirement plan through employer - 100% exempt. | $9,000.00 | $9,000.00 | DA | $0.00 | FA |
| 18  Polar Bear Landscape & Snow Removal - Sole Proprietorship | $0.00 | $0.00 | DA | $0.00 | FA |
| 19  Client owed $281.00 for 2009 Tax filing | $0.00 | $0.00 | DA | $0.00 | FA |

**FORM 1**

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-38630-JBS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | KOLK, DAVID R. AND KOLK, BEATRICE | **Date Filed (f) or Converted (c):** | 08/30/2010 (f) |
| **For the Period Ending:** | 12/23/2011 | **§341(a) Meeting Date:** | 10/26/2010 |
| | | **Claims Bar Date:** | 01/27/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 20  Automobile - 2008 Chevrolet HHR - 8,800 Miles - Current/Reaffirm - Full Coverage Auto Insurance | $9,125.00 | $0.00 | DA | $0.00 | FA |
| 21  Automobile - 2006 Ford F150 - 34,000 Miles - Current/Reaffirm - Full Coverage Auto Insurance | $21,050.00 | $0.00 | DA | $0.00 | FA |
| 22  1 Snow Plow attachment for Truck - 1 Salter, snowblower, shovel | $5,000.00 | $2,500.00 | DA | $2,500.00 | FA |
| 23  2 Dogs | $50.00 | $50.00 | DA | $0.00 | FA |
| INT  Interest Earned        (u) | Unknown | Unknown | DA | $0.34 | FA |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

$697,198.00      $41,264.00                                                $2,500.34           $0.00

**Major Activities affecting case closing:**

Debtor to pay estate 2500.00 for snow plow, motion to sell estate's interest granted 12/9/10

TFR completed for trustee's review.

TFR sent to Tom for Review and Approval.

**Initial Projected Date Of Final Report (TFR):**   05/01/2012                    /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**   05/01/2012                    DAVID LEIBOWITZ

**FORM 2**

**Page No:** 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-38630-JBS | |
| **Case Name:** | KOLK, DAVID R. AND KOLK, BEATRICE | |
| **Primary Taxpayer ID #:** | ******4309 | |
| **Co-Debtor Taxpayer ID #:** | ******4310 | |
| **For Period Beginning:** | 8/30/2010 | |
| **For Period Ending:** | 12/23/2011 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******3001 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,500.34 | | $2,500.34 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.78 | $2,499.56 |
| 10/05/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $20.40 | $2,479.16 |
| 10/05/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $625.09 | $1,854.07 |
| 10/05/2011 | 5003 | Discover Bank | Claim #: 1; Amount Claimed: 3,026.53; Amount Allowed: 3,026.53; Distribution Dividend: 5.94; | 7100-900 | | $179.64 | $1,674.43 |
| 10/05/2011 | 5004 | American Infosource Lp As Agent for Citibank | Claim #: 2; Amount Claimed: 2,559.92; Amount Allowed: 2,559.92; Distribution Dividend: 5.94; | 7100-900 | | $151.94 | $1,522.49 |
| 10/05/2011 | 5005 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 976.41; Amount Allowed: 976.41; Distribution Dividend: 5.94; | 7100-900 | | $57.96 | $1,464.53 |
| 10/05/2011 | 5006 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: 1,676.90; Amount Allowed: 1,676.90; Distribution Dividend: 5.94; | 7100-900 | | $99.54 | $1,364.99 |
| 10/05/2011 | 5007 | PYOD LLC its successors and assigns as assignee of | Claim #: 5; Amount Claimed: 22,683.78; Amount Allowed: 22,683.78; Distribution Dividend: 5.94; | 7100-900 | | $1,346.44 | $18.55 |
| 10/05/2011 | 5008 | HSBC Bank Nevada, N.A. (Best Buy Co.,Inc.) | Claim #: 6; Amount Claimed: 312.44; Amount Allowed: 312.44; Distribution Dividend: 5.94; | 7100-900 | | $18.55 | $0.00 |
| | | | **TOTALS:** | | $2,500.34 | $2,500.34 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,500.34 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,500.34 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,500.34 | |

| **For the period of 8/30/2010 to 12/23/2011** | | **For the entire history of the account between 06/29/2011 to 12/23/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,500.34 | Total Internal/Transfer Receipts: | $2,500.34 |
| | | | |
| Total Compensable Disbursements: | $2,500.34 | Total Compensable Disbursements: | $2,500.34 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.34 | Total Comp/Non Comp Disbursements: | $2,500.34 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-38630-JBS | |
| **Case Name:** | KOLK, DAVID R. AND KOLK, BEATRICE | |
| **Primary Taxpayer ID #:** | ******4309 | |
| **Co-Debtor Taxpayer ID #:** | ******4310 | |
| **For Period Beginning:** | 8/30/2010 | |
| **For Period Ending:** | 12/23/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******8630 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/17/2011 | (22) | David R. Kolk DBA Polar Bear Landscape & Snow | | 1129-000 | $2,500.00 | | $2,500.00 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.03 | | $2,500.03 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.10 | | $2,500.13 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.11 | | $2,500.24 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.10 | | $2,500.34 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,500.34 | $0.00 |
| | | | **TOTALS:** | | $2,500.34 | $2,500.34 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,500.34 | |
| | | | **Subtotal** | | $2,500.34 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,500.34 | $0.00 | |

**For the period of 8/30/2010 to 12/23/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,500.34 |

**For the entire history of the account between 03/17/2011 to 12/23/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,500.34 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-38630-JBS | |
| **Case Name:** | KOLK, DAVID R. AND KOLK, BEATRICE | |
| **Primary Taxpayer ID #:** | ******4309 | |
| **Co-Debtor Taxpayer ID #:** | ******4310 | |
| **For Period Beginning:** | 8/30/2010 | |
| **For Period Ending:** | 12/23/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******8630 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,500.34 | $2,500.34 | $0.00 |

**For the period of 8/30/2010 to 12/23/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.34 |
| Total Internal/Transfer Receipts: | $2,500.34 |
| | |
| Total Compensable Disbursements: | $2,500.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.34 |
| Total Internal/Transfer Disbursements: | $2,500.34 |

**For the entire history of the case between 08/30/2010 to 12/23/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.34 |
| Total Internal/Transfer Receipts: | $2,500.34 |
| | |
| Total Compensable Disbursements: | $2,500.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.34 |
| Total Internal/Transfer Disbursements: | $2,500.34 |